COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MICHAEL BINKLEY, § 

§ No. 08-08-00055-CV

Appellant, §

§ Appeal from the

v. §

§ County Court at Law #3

§

RANCHOS PROPERTY OWNERS § of El Paso County, Texas
ASSOCIATION INC., §

§ (TC# 2006-3801)

Appellee. §

## MEMORANDUM  OPINION

Pending before the Court is Appellant's motion to dismiss.  In his motion, Appellant states that an agreement has been reached and each party is satisfied.

An appellate court may dismiss an appeal upon motion of an appellant.  TEX.R.APP.P. 42.1(a)(1).  We grant the motion and dismiss the appeal with prejudice.  The motion does not reflect that the parties have reached an agreement regarding the payment of costs.  Accordingly, costs are taxed against Appellant.  *See* TEX.R.APP.P. 42.1(d).

January 30, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.